IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROGER D. HARRIS, JR.                                                                                          PLAINTIFF

v.                                        Case No. 4:24-cv-04060

TRYSTAN BURNS and
SERGEANT ROYCE
BENNETT                                                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 27, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 18). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 13) be granted and all of Plaintiff's claims asserted against Defendants be dismissed without prejudice for failure to exhaust his administrative remedies. (ECF No. 18, at 7).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 18) *in toto*. Accordingly, Defendants' Motion for Summary (ECF No. 13) should be and hereby is **GRANTED**. Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 6th day of May, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge